UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>MATTHEW VICKERS     )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 03CR10392-RCL<br>VIOLATIONS:<br><br>18 U.S.C. § 922(g)(1) -<br>Felon in Possession of a<br>Firearm and Ammunition;<br>18 U.S.C. § 922(k) -<br>Possession of a Firearm<br>With an Obliterated<br>Serial Number |

## INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 922(g)(1) -- Felon in Possession of
            a Firearm and Ammunition)

The Grand Jury charges that:

On or about December 29, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS,**

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Bryco Jennings brand, 9 mm semi-automatic pistol, with an obliterated serial number, and various rounds of 9 mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:        (18 U.S.C. § 922(k) -- **Possession of a Firearm with Obliterated Serial Number**)

The Grand Jury further charges that:

On or about December 29, 2001, at Boston, in the District of Massachusetts,

**MATTHEW VICKERS**,

defendant herein, did knowingly possess in and affecting commerce a firearm which had had the importer's and manufacturer's serial number obliterated, to wit: a Bryco Jennings brand, 9 mm semi-automatic pistol.

All in violation of Title 18, United States Code, Section 922(k).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; December 17, 2003 @ 3:50 PM

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. __II__  Investigating Agency __ATF__

City __Boston__

County __Suffolk__

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Matthew Vickers__   Juvenile [ ] Yes  [x] No

Alias Name _____

Address _____

Birth date: __**/**/78__   SS#: __***-**-9764__   Sex: __M__   Race: __B__   Nationality: __U.S.__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Robert E. Richardson__   Bar Number if applicable _____

Interpreter:  [ ] Yes  [x] No   List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [x] No

[x] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[x] Already in State Custody __Concord__   [ ] Serving Sentence   [x] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [x] Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/17/03__   Signature of AUSA: _Robert E. Richardson_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Matthew Vickers

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | 18 U.S.C. §922(k) | Possession of Firearm With Obliterated Serial No. | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45-indict.wpd - 3/13/02