UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Concord

YOU ARE COMMANDED to have the body of Matthew Vickers now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 25, on the 7th floor, on February 9, 2004 at 2:30 p.m., for the purpose of an initial status conference in the case of United States of America v. Matthew Vickers , Criminal Number 03-10392-RCL.  And you are to retain the body of said Matthew Vickers while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Matthew Vickers to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 29th Day of January, 2004.


MARIANNE B. BOWLER
Chief United States Magistrate Judge

                                                TONY ANASTAS, CLERK

                                                By:_____/s/_____
                SEAL                      Dianalynn Saccoccio
                                                Deputy Clerk