**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO. 03-10392-RCL** |
| **v.** | ) | |
| | ) | |
| **MATTHEW VICKERS** | ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER
### SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude
from the calculation of the time within which the defendant must
be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161,
et seq. ("STA"), the period between the status conference on
April 1, 2004 and the further status conference on May 26, 2004.
As grounds therefor, the United States states that at the April 1
conference counsel for the defendant stated that he intends to
file a suppression motion in the matter styled United States v.
Matthew Vickers, Crim. No. 04-10027-PBS, and that the disposition
of the motion in that case may obviate the need to file such a
motion in the instant matter. Accordingly, continuing the matter
to May 26, 2004 will potentially conserve the resources of the
parties and the Court, and thus, consistent with 18 U.S.C.
§3161(h)(8)(A), the ends of justice served by continuing the
matter for such purpose outweigh the best interest of the public
and the defendant in a speedy trial.

Counsel for the defendant has assented to the exclusion of said period for purposes of the STA.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

ROBERT E. RICHARDSON
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Suffolk, ss.:

Boston, Massachusetts
April 12, 2004

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by mail this date on Timothy Watkins, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210, counsel for the defendant Matthew Vickers.

ROBERT E. RICHARDSON