UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-10392-RCL |
| v. ) | |
| ) | |
| MATTHEW VICKERS ) | |

### DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment in the within matter. In support of this dismissal, the government states that continued prosecution of the Indictment would not be in the best interests of justice.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

ROBERT E. RICHARDSON
Assistant U.S. Attorney

Leave to File Granted:
_____
Reginald C. Lindsay, Judge
United States District Court

DOCKETED